# Third District Court of Appeal

## State of Florida

Opinion filed November 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-196
Lower Tribunal Nos. F09-20114, F04-3115
_____

**Raul J. Mari,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Raul J. Mari, in proper person.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before LOGUE, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed. See § 316.1935(1), Fla. Stat. (stating that fleeing or attempting to elude a law enforcement officer is a third-degree felony and providing for habitual offender sentencing under section 775.084, Florida Statutes); Middleton v. State, 721 So. 2d 792, 793 (Fla. 3d DCA 1998) ("The habitual offender statute 'requires only that a defendant's last prior felony [or release from imprisonment] . . . be within five years of the date of the current felony offense.'" (quoting Clark v. State, 681 So. 2d 816, 816 (Fla. 5th DCA 1996))); Turner v. State, 91 So. 3d 219, 220 (Fla. 3d DCA 2012) ("[T]he third-degree felony littering conviction, occurring within five years of the date of the current [felony] offense, was properly used as a qualifying prior offense for purposes of habitual offender sentencing.").